# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge Parish

*Investigating Agency: HSI

*Agent: SA Thomas Bowen

**Matter to be sealed:** ☐ Yes  ☑ No

Related Case Information:

Superseding ____  Docket Number ____
Same Defendant  X   New Defendant ____
Magistrate Case Number: 24-mj-48-UNA
Search Warrant Case No.: ____
R 20/ R 40 from District of: ____
Any Other Related Cases: ____

**Defendant Information:**

Defendant Name: Josmar Jesus ZAMBRANO-Chirinos

Alias: ____

Address: ____

Birthdate: ____  SS #: ____  Sex: ____  Race: ____  Nationality: ____

**U.S. Attorney Information:**

AUSA: Benjamin Anderson    Bar #: LBN 32319

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Location Status:**

Arrest Date ____
X  Already in Federal Custody as of ____
___  Already in State Custody
___  On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:1591(a)(1) and (a)(2), 1594(a), and 2 | Sex trafficking by force, fraud or coercion | 1 | F |
| 18:2422(a) and 2 | Coercing and enticing another to travel interstate for prostitution | 2 | F |

(May be continued on second sheet)

Date: 5/22/24    Signature of AUSA: /s/