## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge Parish

*Investigating Agency: HSI

*Agent: SA Thomas Bowen

**Matter to be sealed:** ☐ Yes  ☑ No

**Related Case Information:**

Superseding _____ Docket Number _____
Same Defendant __X__ New Defendant _____
Magistrate Case Number: 24-mj-48-UNA
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Osleidy Vanesa CHOURIO Diaz

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Benjamin Anderson     Bar #: LBN 32319

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Location Status:**

Arrest Date _____
_X_ Already in Federal Custody as of _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:1591(a)(1) and (a)(2), 1594(a), and 2 | Sex trafficking by force, fraud or coercion | 1 | F |
| 18:2422(a) and 2 | Coercing and enticing another to travel interstate for prostitution | 2 | F |

(May be continued on second sheet)

Date: 5/22/24    Signature of AUSA: [signature]