# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**
City: Baton Rouge
County/Parish: East Baton Rouge Parish
*Investigating Agency: HSI
*Agent: SA Thomas Bowen

**Matter to be sealed:** ☐ Yes  ☑ No

**Related Case Information:**
Superseding _____ Docket Number _____
Same Defendant __X__ New Defendant _____
Magistrate Case Number: 24-mj-48-UNA
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**
Defendant Name: Allbert HERRERA Machado
Alias: _____
Address: _____
Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**
AUSA: Benjamin Anderson
Bar #: LBN 32319

**Interpreter:** ☑ Yes  ☐ No
List language and/or dialect: Spanish

**Location Status:**
Arrest Date: April 28, 2024
___ Already in Federal Custody as of
_X_ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 2

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:1591(a)(1) and (a)(2), 1594(a), and 2 | Sex trafficking by force, fraud or coercion | 1 | F |
| 8:1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), 1324(a)(1)(B)(i), and 18:2 | Concealing and harboring aliens for private gain | 3 | F |

(May be continued on second sheet)

Date: 5/22/24
Signature of AUSA: [signed]