UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

***GRAND JURY RETURN***

Date: May 22, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-44-JWD-RLB |
| JOSMAR JESUS ZAMBRANO-CHIRINOS, OSLEIDY VANESA CHOURIO-DIAZ, and ALLBERT HERRERA MACHADO | |

PRESENT:  Jamie Flowers
          Counsel for U.S.A.

Indictment filed into the record and arrest warrant issued as to defendant Machado.

\* \* \* \* \*